IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON, DIVISION

ALBERT ENGLISH and
WILLIAM BUTLER                                                      PLAINTIFFS

VERSUS                                      CIVIL ACTION NO:  3:11CV323-HTW-LRA

THE WISHCAMPER COMPANIES, INC., ET AL.                      DEFENDANTS

_____

ORDER TO EXTEND MOTION *IN LIMINE* DEADLINES
_____

This matter came before the Court on Defendants' motion for a one-week

extension of the deadline for the parties to file Motions *in Limine.*  Having reviewed the

motion, the Court finds that it is well-taken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the Motion *in Limine*

deadline is extended from February 25, 2014, through and including March 4, 2014.

**SO ORDERED AND ADJUDGED,** this the 25th day of February, 2014.

s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT COURT JUDGE

819806